*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

April 16, 2008

**E R R A T A**

**Appeal No. 2007-1249, -1286**

**MICROPROCESS ENHANCE V TEXAS INST.**

Decided:  April 1, 2008                                    Precedential Opinion

Please make the following change:

Page 18, lines 14-17: the text has been amended to read as follows:

> **After the word Id. at line 14, strike:**

" Phillips teaches that these sources should be accorded relative weights in the order listed, with the words of the claims themselves being the most relevant. Id. at 1314–19.  Accordingly, we discuss each source of meaning of the claim term "the pipeline stage" in this order. "

> **And replace with:**

-- Phillips teaches that these sources should be accorded relative weights depending on the circumstances of the case, with intrinsic sources being the most relevant.  Id. at 1314–19.  Accordingly, we discuss each source of meaning of the claim term "the pipeline stage," granting each source the required relative weight. --